THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. GEORGE MCDONALD, Appellant.

Submitted October 11, 1939; decided October 30, 1939.

*George McDonald*, appellant, in person.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.